## SMITH *v.* THE STATE.

LEWIS, J.    Entering a courthouse and urinating against the door-facing therein is using the building "for an indecent purpose" within the meaning of the Penal Code, § 725; and such an act is a misdemeanor, whether as a result thereof the building is injured or defaced, or not.

*Judgment affirmed. All the Justices concurring.*

Submitted December 18, 1899. — Decided January 25, 1900.

Certiorari.    Before   Judge Butt.    Marion   superior   court. October term, 1899.

*Shipp & Sheppard,* for plaintiff in error.
*S. P. Gilbert, solicitor-general,* contra.